# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,

        Respondent,

        v.

JALEN SERQUINIA,

        Appellant.

DIVISION ONE

No. 76254-1-I

UNPUBLISHED OPINION

FILED: APR 1 2 2017

2017 APR 12 AM 8: 08

FILED
COURT OF APPEALS DIV I
STATE OF WASHINGTON

PER CURIAM. Jalen Serquinia appeals from the disposition imposed after he pleaded guilty in juvenile court to one count of theft in the second degree. We accept the State of Washington's concession that the juvenile court erred in imposing a Chemical Dependency Disposition Alternative without the support of a chemical dependency evaluation. See RCW 13.40.165.

Accordingly, we reverse the disposition and remand for resentencing. Because the matter is time sensitive, the mandate shall issue promptly.

Reversed and remanded. The mandate shall issue promptly.

For the court:

Trickey, ACJ

Appelwick, J

Leach, J.